# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-CR-88 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| ALBERT HERNANDEZ, | |
| Defendant(s). | |

Presently before the court is the matter of *United States v. Hernandez*, case number 2:12-cr-00088-JCM-CWH.

Defendant Albert Hernandez's hearing for revocation of supervised release is currently scheduled on January 3, 2019, at 11:00 a.m. (ECF No. 53). The court has not received probation's sentencing recommendation twenty-four (24) hours prior to the hearing. To afford probation an opportunity to timely submit its recommendation, the court will continue Hernandez's revocation hearing to January 18, 2019, at 11:00 a.m.

IT IS HEREBY ORDERED that Hernandez's revocation hearing is rescheduled to January 18, 2019, at 11:00 a.m.

DATED January 2, 2019.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**